IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GE LOR PAO,

    Petitioner,               No. CIV S-10-0758 DAD P

    vs.

G.D. LEWIS, Warden,

    Respondent.           ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, is seeking relief pursuant to 28 U.S.C. § 2254. On June 25, 2010, petitioner paid the filing fee in full for this action. However, on August 9, 2010, the court received another $5.00 payment from petitioner.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner shall be reimbursed in the amount of $5.00; and

    2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: August 25, 2010.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:sj
pao0758.reimburse