IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GE LOR PAO,

    Petitioner,                   2: 10 - cv - 758 - MCE TJB

  vs.

G.D. LEWIS, Warden,

    Respondent.                <u>ORDER</u>

_____/

      Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The undersigned issued findings and recommendations on September 9, 2011 recommending that the amended habeas petition be denied. The parties were given twenty-one days, or until September 30, 2011, to file objections to the findings and recommendations. After the twenty-one days expired, Petitioner filed a motion for an extension of time to file objections until November 9, 2011. While Petitioner's request is untimely as it was filed after the requisite time to file objections had already expired, based upon the representations made and only for this request, it is determined that good cause has been shown, and the request is granted. Petitioner is advised, however, that no further extensions of time will be granted, except for verified and extraordinary good cause shown.

//

1  Accordingly, IT IS HEREBY ORDERED that:

2  1. Petitioner's request filed October 13, 2011 for an extension of time to file
3  objections to the Magistrate Judge's findings and recommendations is hereby
4  GRANTED; and
5  2. Petitioner shall have until November 9, 2011 to file objections to the findings and
6  recommendations.

7  DATED: October 18, 2011

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE